UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23076-CIV-CANNON/OTAZO-REYES

THE AFFILIATI NETWORK, INC., a
Florida corporation,

    Plaintiff,

v.

NATHAN BENSON, individually, and
FOREFRONT COMMERCE LLC, a
Washington limited liability company,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Plaintiff The Affiliati Network, Inc.'s ("Plaintiff"), Amended Motion to Enforce Settlement Agreement and for Entry of Consent Final Judgment ("Motion") [D.E. 27]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Aileen M. Cannon, United States District Judge [D.E. 30].

On March 24, 2022, the Court entered an Order requiring: Defendant Forefront Commerce LLC ("Forefront Commerce") to retain counsel by April 5, 2022; Defendant Nathan Benson ("Mr. Benson") to retain counsel or file a Notice of Intent to Proceed *Pro Se* by April 5, 2022; and Forefront Commerce and Mr. Benson (together, "Defendants") to respond to the Motion by April 20, 2022. See Order [D.E. 28]. To date, Mr. Benson has not retained counsel or filed a Notice of Intent to Proceed *Pro Se* and has not responded to the Motion. Forefront Commerce has also not responded to the Motion nor retained counsel, as required. See Palazzo v. Gulf Oil Corp., 764

F.2d 1381, 1385 (11th Cir. 1985) (a corporation is an artificial entity that is not permitted to appear *pro se*).

On November 16, 2020, the Court dismissed this case with prejudice and retained jurisdiction to enforce the terms of the parties Settlement Agreement. See Order [D.E. 23]. Defendants have now defaulted on the payments due pursuant to the Settlement Agreement and have not cured the default. See Motion [D.E. 27 at 2]. Moreover, in the Settlement Agreement, Defendants agreed that, in the event they defaulted on their settlement payment obligations Plaintiff could "obtain an *ex-parte* Consent Final Judgment for the total sum due sought by Plaintiff in the litigation, minus any payments made, plus all attorneys' fees, costs, and interest at 18% per annum through the entry of the judgment." Id. at 3. As a result, Plaintiff seeks entry of a consent final judgment in the total amount of $47,794.12, consisting of the principal sum of $86,990.00, less $56,991.00 in payments made by Defendants, plus $17,795.12 in pre-judgment interest through February 25, 2022. Id. at 3-7.

Having considered Plaintiff's submission and the terms of the Settlement Agreement, the undersigned respectfully recommends that the Court grant Plaintiff's Motion and enter a Consent Final Judgment in the form attached hereto as Exhibit A, retaining jurisdiction to award attorneys' fees and costs to Plaintiff.

Pursuant to Local Magistrate Judge Rule 4(b), the parties have **fourteen (14) days** from the date of receipt of this Report and Recommendation within which to serve and file objections, if any, with the Honorable Aileen M. Cannon, United States District Judge. See Local Magistrate Rule 4(b). Failure to timely file objections shall bar the parties from attacking on appeal the factual findings contained herein. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Further, "failure to object in accordance with the provisions of [28 U.S.C.]

§ 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." See 11th Cir. R. 3-1 (I.O.P. - 3).

   RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 27th day of April, 2022.

                _____
                ALICIA M. OTAZO-REYES
                UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:

United States District Judge Aileen M. Cannon
Counsel of Record

Copies furnished via U.S. mail to:

Forefront Commerce LLC
c/o Legalinc Corporate Services Inc., Reg. Agent
1001 4th Ave.
Suite 3200
Seattle, WA 98154

Copies furnished via Email to:
Nathan Benson
natebenson@gmail.com
nben888@gmail.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 20-23076-CIV-CANNON/OTAZO-REYES

THE AFFILIATI NETWORK, INC., a
Florida corporation,

    Plaintiff,

vs.

NATHAN BENSON, individually, and
FOREFRONT COMMERCE LLC a
Washington limited liability company,

    Defendants.
_____/

## CONSENT FINAL JUDGMENT

This cause came before the Court on Plaintiff's Amended Motion to Enforce Settlement Agreement and for Entry of Consent Final Judgment [D.E. 27]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate consent final judgment. Accordingly, it is

**ORDERED and ADJUDGED** that Plaintiff, The Affiliati Network, Inc., shall recover from Defendants, Nathan Benson and Forefront Commerce LLC, damages in the amount of **$47,794.12**, consisting of the principal sum of $86,990.00, less payments made by the Defendants in the amount of $56,991.00, plus pre-judgment interest through February 25, 2022 in the amount of $17,795.12, that shall bear interest at the statutory rate until paid in full, and for which let execution issue forthwith. The Court reserves jurisdiction to award attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____ 2022.

                                                                     _____
                                                                     Aileen M. Cannon
                                                                     United States District Judge

Copies furnished via CM/ECF to: Counsel of Record

Copies furnished via U.S. mail to:
Forefront Commerce LLC
c/o Legalinc Corporate Services Inc., Reg. Agent
1001 4th Ave.
Suite 3200
Seattle, WA 98154

Copies furnished via Email to:
Nathan Benson
natebenson@gmail.com
nben888@gmail.com