UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-23076-CIV-CANNON/Otazo-Reyes

**THE AFFILIATI NETWORK, INC.**,

    Plaintiff,

v.

**FOREFRONT COMMERCE LLC** and
**NATHAN BENSON**,

    Defendants.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Plaintiff's Amended Motion to Enforce Settlement Agreement and For Entry of Consent Final Judgment (the "Motion") [ECF No. 27]. On April 12, 2022, the Court referred Defendants' Motion to Magistrate Judge Alicia M. Otazo-Reyes for a Report and Recommendation [ECF No. 30]. Judge Otazo-Reyes thereafter issued a Report ("R&R") recommending that the Court grant Plaintiff's Motion and enter a consent judgment in favor of Plaintiff [ECF No. 31]. Neither party has filed an objection to the R&R.

Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that Plaintiff's Motion should be granted for the reasons set forth therein.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1.     The R&R [ECF No. 31] is **ACCEPTED**.

2.     Plaintiff's Motion [ECF No. 27] is **GRANTED**.

CASE NO. 20-23076-CIV-CANNON/Otazo-Reyes

3. The Court will enter a separate judgment pursuant to Federal Rule of Civil Procedure 58.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 6th day of June 2022.

                                                                        _____
                                                                        AILEEN M. CANNON
                                                                        UNITED STATES DISTRICT JUDGE

cc:   counsel of record

Forefront Commerce LLC
c/o Legalinc Corporate Services Inc., Reg. Agent
1001 4th Avenue, Suite 3200
Seattle, WA 98154
PRO SE