UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-23076-CIV-CANNON/Otazo-Reyes

**THE AFFILIATI NETWORK, INC.**,

    Plaintiff,
v.

**FOREFRONT COMMERCE LLC** and
**NATHAN BENSON**,

    Defendants.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** comes before the Court upon Magistrate Judge Otazo-Reyes's Report and Recommendation on Plaintiff's Verified Motion for Attorneys' Fees and Costs (the "Report") [ECF No. 38], filed on August 25, 2022.

\*\*\*

On June 10, 2022, the Court entered final judgment in favor of Plaintiff in the amount of $47,794.12 [ECF No. 33]. Shortly thereafter, Plaintiff filed the Verified Motion for Attorneys' Fees and Costs (the "Verified Motion"), seeking $8,070.00 in fees and $1,520.55 in taxable costs (for a total of $9,590.55) [ECF No. 35]. This Court referred the Verified Motion to Magistrate Judge Alicia M. Otazo-Reyes for a report and recommendation [ECF No. 36]. On August 25, 2022, Judge Otazo-Reyes issued a report, recommending that the Verified Motion be granted, and that Plaintiff be awarded $9,590.55 [ECF No. 38]. The Report also states that the parties shall file any objections thereto within fourteen days [ECF No. 38 p. 5]. No party has filed any objections to the Report, and the time to do so has expired.

CASE NO. 20-23076-CIV-CANNON/Otazo-Reyes

Upon review, the Court finds the Report [ECF No. 38] to be well-reasoned and correct. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 38] is **ACCEPTED**.

2. The Verified Motion for Attorneys' Fees and Costs [ECF No. 35] is **GRANTED**.

3. Plaintiff is entitled to recover the following amounts, for a total award of $9,590.55:

   a. $8,070.00 in attorneys' fees; and

   b. $1,520.55 in taxable costs.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 12th day of September 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

   Forefront Commerce LLC
   1001 4th Avenue
   Suite 3200
   Seattle, WA 98154

   Nathan Benson
   1001 4th Avenue
   Suite 3200
   Seattle, WA 98154